IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **BILLIE JOANNE BOYD,** | * | 7:08-CV-26 (HL) |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| **JONATHAN DOVWARD NICHOLS,** | * | |
| | * | |
| Defendant. | * | |

## STIPULATION OF DISMISSAL

The undersigned plaintiff and defendant in the above case, being all of the parties in the case, hereby stipulate the dismissal of the above action pursuant to FRCP 41(a)(1)(A)(ii).

This 26th day of June, 2009.

/S/ J. Converse Bright
J. Converse Bright
Georgia Bar # 081900
Counsel for Plaintiff
101 E. Central Avenue, 4th Floor
Valdosta, Georgia  31601
(229) 247-7846
jcblaw@bellsouth.net

/S/ Byron D. Watson
Byron D. Watson
Georgia Bar #542470
Counsel for Plaintiff
101 E. Central Avenue, 4th Floor
Valdosta, Georgia  31601
(229) 247-7846
byronwatsonlaw@bellsouth.net

/S/ Bradley Miles Hannan
Attorney for Defendant
P.O. Box 5408
Valdosta, Georgia 31603-5408
(229) 242-4649 (Phone)
(229) 242-4947 (Fax)
E-mail: mhannan@shplaw.com
Georgia Bar No: 323577

**"I certify that the originally executed document contains the signatures of all filers indicated herein and therefore represents consent for filing of this document."**

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2009, the foregoing **STIPULATION OF DISMISSAL** was filed electronically using the CM/ECF system automatically serving the following attorneys of record via email:

B. Miles Hannan<br>
Smith, Hannan & Parker, P.C.<br>
P.O. Box 5408<br>
610 North Patterson Street<br>
Valdosta, Georgia 31603

                                    /S/ Byron D. Watson
                                    Byron D. Watson
                                    Georgia Bar No: 542470
                                    Counsel for Plaintiff

J. Converse Bright
101 E. Central Avenue, 4th Floor
Valdosta, Georgia 31603-5889
Phone: 229-247-7846
Fax:    229-245-0693

Byron D. Watson
101 E. Central Avenue, 4th Floor
Valdosta, Georgia 31603-5889
Phone: 229-247-7846
Fax:    229-245-0693